[No. 12204-9-II.  Division Two.  October 19, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD SNOW, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 74474R080, Arthur W. Verharen, J., entered August 17, 1988. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Pearson and Schumacher, JJ. Pro Tem.

[No. 9312-3-III.  Division Three.  October 19, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE FRANCIS HOLLIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 87-1-00539-0, James M. Murphy, J., entered April 18, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 20981-7-1.  Division One.  October 23, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE ALLEN JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-02012-2, Sharon S. Armstrong, J., entered August 17, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, J., Winsor, J., dissenting.